# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

JUN 1 4 2013

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Erik Antonio PEREZ-Bazan<br>USC, YOB - 1985<br><br>*Defendant* | Case No. M-13-1072-M<br>(UNDER SEAL) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of December 3, 2012 in the county of Hidalgo in the Southern District Texas, the defendant 22 U. S. C. § 2778 and 2~2~C.F.R.§§121.1, 123.1, 127l7 and 127.3 an offense described as follows:

Knowingly and intentionally conspired to attempt to export from the United States contrary to law: five (5) M203 grenade launcher 40 mm barrels and other items which were designated as defense articles on the United States Munitions List (22 CFR, Chapter 1, Part 121), without having first obtained from the Department of State a license for such export or written authorization for such export.;.or receive, conceal, buy, sell, or in any manner facilitate the transportation, concealment, or sale of such merchandise, prior to exportation, knowing the same to be intended for export contrary to United States laws.

This criminal complaint is based on these facts:

See Attachment A

☒ **Continued on the attached sheet**

Approved to File
Terry Leonard
Asst US Attorney

Complainant's signature

Paul Altenburg, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/14/2013 9:01 am

Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Peter E. Ormsby
*Printed name and title*

# Attachment A

On June 13, 2013, Erik Antonio PEREZ-Bazan (DOB: 12/03/1985) entered the United States from Mexico via the Pharr International Bridge in Pharr, TX. PEREZ-Bazan was previously identified as a suspected weapons smuggler from a shipment of (5) M203 grenade launcher barrels which were seized on December 3, 2012 in Pharr, TX.

HSI SAs responded to the Pharr International Bridge to interview PEREZ-Bazan. Under the advisement of his Miranda Warnings and having waived his right to having an attorney present during questioning, PEREZ-Bazan provided the following statements in sum and non-verbatim:

PEREZ-Bazan stated he has been recruiting and directing persons known and unknown to smuggle weapons and weapons components to Mexico for approximately five to six years.

PEREZ-Bazan stated he was involved in the smuggling of weapons from the U.S. to Mexico for financial gain.

PEREZ-Bazan stated he would provide persons known and unknown with money to purchase weapons and weapon components in the U.S. to be smuggled into Mexico.

PEREZ-Bazan stated he and another co-conspirator had facilitated the smuggling of M203 grenade launcher barrels from an address in Pharr, TX.

PEREZ-Bazan stated he knew it was illegal to receive, conceal, buy, sell, or in any manner facilitate the transportation, concealment, or sale of such merchandise, prior to exportation, knowing the same to be intended for export contrary to United States laws.

PEREZ-Bazan stated he did not possess a license to export items existing on the United States Munitions list, nor have they ever applied for such a license.